No. 76–1280.  LABORERS INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO, LOCAL No. 720 *v.* MARSHALL, SECRETARY OF LABOR.  C. A. 10th Cir.  Certiorari denied.

No. 76–1281.  CHURCHILL FOREST INDUSTRIES (MANITOBA), LTD., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 3d Cir.  Certiorari denied.

No. 76–1293.  SILVERMAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 76–1325.  NARD *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–1333.  BEER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 76–1374.  PALMERI *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 76–1381.  OLDENDORF *v.* LOPEZ ET AL.; and
No. 76–1391.  HOFFMAN RIGGING & CRANE SERVICE, INC. *v.* LOPEZ ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–1384.  UNIROYAL, INC., ET AL. *v.* JAVELIN CORP.  C. A. 9th Cir.  Certiorari denied.

No. 76–1387.  LEPPKE *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 76–1392.  EXHIBITORS POSTER EXCHANGE, INC. *v.* NATIONAL SCREEN SERVICE CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.